Derek A. Newman, State Bar No. 190467
Newman Du Wors LLP
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Phone: (310) 359-8200
Fax: (310) 359-8190
dn@newmanlaw.com

Attorneys for Defendant
Palace Capital Group, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>                              Plaintiff,<br><br>v.<br><br>PALACE CAPITAL GROUP, INC.,<br><br>                              Defendant. | Case No.:  3:22-cv-01634-JLS-BLM<br><br>**JOINT MOTION TO DISMISS** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2) and written settlement agreement.

1

1    Dated: November 21, 2022

2

3

4

5

6

7

8

9

10   Dated: November 21, 2022

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

s/ Derek A. Newman
Derek A. Newman, State Bar No. 190467
Newman Du Wors LLP
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Phone: (310) 359-8200
Fax: (310) 359-8190
dn@newmanlaw.com

Attorneys for Defendant
Palace Capital Group, Inc.

Anton A. Ewing
3077-B Clairmont Drive, #372
San Diego, CA 92117
Phone: (619) 719-9640

Plaintiff, pro se

3:22-cv-01634-JLS-BLM