UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>                    Plaintiff,<br><br>v.<br><br>PALACE CAPITAL GROUP, INC.,<br><br>                    Defendant. | Case No.: 22-CV-1634 JLS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 4) |

Presently before the Court is Plaintiff Anton A. Ewing and Defendant Palace Capital Group, Inc.'s Joint Motion to Dismiss ("Joint Mot.," ECF No. 4). The Parties request this action be "dismissed with prejudice pursuant to FRCP 41(a)(2) and written settlement agreement." Joint Mot. at 1. Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES** this action in its entirety with prejudice. Each party must bear its own costs and attorneys' fees. As this Order concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: November 28, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge